# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAND FABRICS INTERNATIONAL LIMITED,<br>Plaintiff,<br><br>v.<br><br>MELROSE TEXTILE, INC.,<br>Defendant. | CV 18-748 DSF (AFMx)<br><br>JUDGMENT |

The Court having granted a motion for default judgment,

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff and against Defendant in the amount of $1,528,421.23, that Defendant's counterclaim be dismissed, and that Plaintiff recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

IT IS SO ORDERED.

Date: November 19, 2018

_____
Dale S. Fischer
United States District Judge