# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAND FABRICS INTERNATIONAL LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MELROSE TEXTILE, INC., et al.,<br><br>　　　　Defendants. | Case No. 2:18-cv-00748-DSF (AFMx)<br><br>**ORDER TO SHOW CAUSE RE: CONTEMPT AND MONETARY SANCTIONS FOR FAILURE TO APPEAR AT JUDGMENT DEBTOR EXAMINATIONS** |

　　　　Defendant Melrose Textile, Inc. and its representatives Jake Eghbalieh and Joseph Eghbalieh shall appear on **Tuesday, February 19, 2019, at 10 a.m.,** before U.S. Magistrate Judge Alexander F. MacKinnon, in Courtroom 780, 7th Floor, United States District Court, 255 East Temple Street, Los Angeles, California, to show cause why they should not be held in contempt for failure to comply with the Court's December 10, 2018 Orders to Appear for Examination of Judgment Debtor (ECF Nos. 192, 193), and why monetary sanctions (including court reporter costs and reasonable attorney's fees) should not be imposed against them for their failure to appear at the judgement debtor examinations as required by the December 10, 2018 Order. The appearance in court on February 19, 2019 at 10:00 a.m. of Jake

Eghbalieh and Joseph Eghbalieh to testify for defendant Melrose Textile, Inc. at its judgment debtor examination, shall discharge the order to show cause regarding the issue of contempt, but the issue of monetary sanctions for the prior failures to appear shall still be addressed at that time.

Plaintiff shall promptly serve this Order on defendant Melrose Textile, Inc., Jake Eghbalieh, and Joseph Eghbalieh, by means including:

    (a)    Emails to the judgment debtor, the witnesses and their counsel, to the extent email addresses are known;

    (b)    Overnight mail to:

        Jake Eghbalieh
        2175 South Beverly Glen Boulevard, Apartment 208
        Los Angeles, California 90025; and

    (c)    Overnight mail to:

        Fari B. Nejadpour
        Nejadpour Law
        8383 Wilshire Blvd, Suite 649
        Beverly Hills, CA 90211

Plaintiff shall also file proofs of service upon completion of service of this Order.

IT IS SO ORDERED.

DATED: 1/30/2019

                                                                                _____
                                                                             ALEXANDER F. MacKINNON
                                                       UNITED STATES MAGISTRATE JUDGE